### AXMAN v. UNITED STATES.

(Circuit Court of Appeals, Ninth Circuit. February 2, 1909.)

#### No. 1,653.

In Error to the Circuit Court of the United States for the Northern District of California.

Aitken & Aitken and Chas. A. Shurtleff, for plaintiff in error.
Robt. T. Devlin, U. S. Atty., and George Clark, Asst. U. S. Atty.
Before GILBERT, ROSS, and MORROW, Circuit Judges.

PER CURIAM. In this case it was stipulated by the parties to the action that it should be submitted upon the record and briefs in the case of the American Bonding Company of Baltimore (a Corporation) v. United States of America (No. 1,570) 167 Fed. 910. In accordance with the opinion of the court in that case, the judgment of the Circuit Court is reversed, and the case remanded for a new trial.